# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MULJI PATEL, | ) CV 11-08523-R (SH) |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES D. HARTLEY, Warden, | ) |
| | ) |
| Respondent. | ) |

IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed with prejudice.

DATED: _July 10, 2012_

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

1